AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| COSMOS NELO GEORGE, II | ) | **21-20148** |
| | ) | |
| *Defendant* | ) | |

FILED USDC - CLRK DET
2021 MAR 3 PM 4:33

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, MI 48226 | Courtroom No.: | Appear virtually via ZOOM |
|---|---|---|---|
| | | Date and Time: | 03/12/2020 1:00 pm |

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), 846 - Unlawful Distribution of Controlled Substances and Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances.

18 U.S.C. § 2 Aiding and Abetting

Date: __MAR 3 - 2021__

*Issuing officer's signature*

LOLITA GRANGER   DEPUTY CLERK
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*